# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.   CV 10-4237-JHN (AJW)                              Date: November 3, 2010

TITLE: <u>MANJIT SINGH JANDU v. TIME OCHOA, Warden,</u>
==================================================
PRESENT:  HON.  ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

<u>Ysela Benavides</u>                               _____
**Deputy Clerk**                                **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                  None

**ORDER TO SHOW CAUSE**

On November 2, 2010, in related case no. CV 07-4337-JHN(AJW), respondent filed a motion to dismiss the petition as moot in light of petitioner's recent release on parole. Petitioner shall have fourteen (14) days from the date of this order within which to show cause why this petition should not be dismissed as moot.

**IT IS SO ORDERED.**

cc:     Parties

MINUTES FORM 11                                           Initials of Deputy Clerk_____
CIVIL-GEN