UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MANJIT SINGH JANDU,  )
                          Petitioner,  ) Case No. CV 10-4237 JHN (AJW)
                          v.  )
                             ) ORDER ADOPTING REPORT AND
TIM OCHOA, WARDEN,  ) RECOMMENDATION OF
                             ) MAGISTRATE JUDGE
                        Respondent.  )
_____ )

     Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

     DATED: January 19, 2011

                                           _____
                                           Jacqueline H. Nguyen
                                           United States District Judge