UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MANJIT SINGH JANDU, | ) | Case No. CV 10-4237-JHN(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TIM OCHOA, WARDEN, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice as moot.

Dated: January 19, 2011

_____
Jacqueline H. Nguyen
United States District Judge